UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ALEKSANDR KOZODOY,<br><br>            Defendant. | CASE NO. CR25-003 KKE<br><br>DETENTION ORDER |

Offenses charged:

1. Felon in Possession of a Firearm

Date of Detention Hearing:    June 23, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a significant twenty-five-year criminal record spanning back to 1999 that includes multiple convictions for assault, unlawful possession of a firearm, burglary, harassment, and theft. In 2010, Defendant was convicted of three counts of Assault in the Second Degree and one count of Unlawful Possession of a Firearm. Defendant also has a history of threating to shoot individuals while armed with a loaded semi-automatic handgun. The current charged conduct of felon in possession of a firearm suggests repeated criminal conduct involving firearms. Defendant also has eleven warrants for failures to appear, has fled law enforcement during attempted stops, and has continued to engage in criminal activity while under state supervision. Although Defendant has reportedly remained sober since September 2024 and has received drug treatment, he has a history of illicit substance use, including the use of fentanyl, methamphetamine, heroin, and marijuana.

2. Defendant poses a risk of nonappearance based on an extensive history of failures to appear and fleeing law enforcement. Defendant poses a danger to the community based on his pattern of similar conduct involving gun possession, repeated criminal activity while under supervision, substance abuse history, and repeated lack of compliance while under court supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance as required and the safety of other persons and the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 24th day of June, 2025.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3